Kristofer D. Leavitt, ESQ
LEAVITT LEGAL GROUP, P.C.
Nevada Bar No 13173
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129
(702) 423-7208
kleavitt@leavittlegalgroup.com

*Attorney for James Root*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROOT,<br><br>Plaintiff,<br><br>vs.<br><br>THE MIRAGE CASINO-HOTEL LLC d/b/a THE MIRAGE; MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; LV GAMING VENTURES, LLC d/b/a M RESORT SPA AND CASINO; COAST HOTELS AND CASINOS INC. d/b/a GOLD COAST HOTEL AND CASINO;<br><br>Defendants. | Case No.: 2:17-cv-00644-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALL NAMED DEFENDANTS** |

Pursuant to FRCP 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, Plaintiff James Root and Defendants The Mirage Casino-Hotel, LLC d/b/a The Mirage; Mandalay Corp. d/b/a Mandalay Bay Resort and Casino; LV Gaming Ventures, LLC d/b/a M Resort and Spa and Casino; and Coast Hotels and Casinos Inc. d/b/a/ Gold Coast Hotel and Casino, by and through their undersigned counsel of record, hereby

/ / /

/ / /

/ / /

stipulate and agree to have Plaintiff's claims in the above entitled litigation dismissed without prejudice.

**IT IS SO STIPULATED**.

DATED this ___ day of May, 2017

/s/ Kristofer Leavitt
Kristofer D. Leavitt, Esq. (13172)
LEAVITT LEGAL GROUP, P.C.
8670 W. Cheyenne Avenue, Suite #120
Las Vegas, Nevada 89129

*Attorney for Plaintiff James Root*

DATED this ___ day of May, 2017

/s/ Christopher Miltenberger
Mark E. Ferrario, Esq. (1625)
Christopher R. Miltenberger, Esq. (10153)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

*Counsel for Defendants The Mirage Casino-Hotel, LLC d/b/a The Mirage; Mandalay Corp. d/b/a Mandalay Bay Resort and Casino; and LV Gaming Ventures, LLC d/b/a M Resort and Spa and Casino*

DATED this ___ day of May, 2017

/s/ Christopher Kircher
Lawrence J. Semenza, III, Esq. (7174)
Christopher D. Kircher, Esq. (11176)
Jarrod L. Rickard, Esq. (10203)
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Coast Hotels and Casinos Inc. d/b/a Gold Coast Hotel and Casino*

**IT IS SO ORDERED**.

By: _____
UNITED STATES DISTRICT JUDGE

Dated: May 9, 2017